# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AM-1 | E 1201340 | Bowley | 12 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 09/03/2024  1130 | 32-6-219 /AL |

**Place of Offense:** Andrews Ave / Skychief

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Expired Registration / 01/2024

w/m / E9 CSM   1-145 Arm Regt.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Adams | Julian | B |

[Street Address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 26A2B60 | AL | 18 | Nissan Versa | | Grey |

**APPEARANCE IS REQUIRED** ☐ A
**APPEARANCE IS OPTIONAL** ☒ B

A ☐ If Box A is checked, you must appear in court. See instructions.
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee
$ 80 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| | TBD | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

*E1201340*

CVB SCAN 09/09/2024 16:9

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **3 Sep**, 20**24** while exercising my duties as a law enforcement officer in the **middle** District of **Alabama**.

I was traveling Southwest bound on Andrews Ave Adj Skychief when I observed a grey Nissan Versa operating with expired license plates 01-2024. I initiated a T/S and made contact w/ the owner/ operator identified as CSM Julian Adams who was unaware he had an expired Registration. Adams was cooperative throughout the T/S and was issued a CVB without incident.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **09/03/2024**
Date (mm/dd/yyyy)   Officer's Signature [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident